■ WORLD-LINK, INC., Respondent, v MEZUN.COM, INC., Appellant. [841 NYS2d 441]—Appeal from order, Supreme Court, New York County (Bernard J. Fried, J.), entered December 27, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Marlow, Buckley and Malone, JJ. [*See* 14 Misc 3d 745.]